1  PHILIP A. SIMPKINS, Cal. Bar No. 246635
   LITTLER MENDELSON
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA 95113.2303
   Telephone:   408.998.4150
4  Facsimile:   408.288.5686
   pasimpkins@littler.com
5
   KIMBERLY J. GOST, Pennsylvania Bar No. 82078
6  (*seeking admission pro hac vice*)
   LITTLER MENDELSON
7  A Professional Corporation
   Three Parkway
8  1601 Cherry Street, Suite 1400
   Philadelphia, PA  19102.1321
9  Telephone:   267.402.3000
   Facsimile:   267.402.3131
10 kgost@littler.com

11 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY DISABILITY
12 PLAN

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17 | PAMELA HINZ,                          | Case No.  CV 10-03633 LHK
18 |             Plaintiff,                | [PROPOSED]
   |                                       | ORDER GRANTING APPLICATION FOR
19 |       v.                              | ADMISSION OF ATTORNEY *PRO HAC*
   |                                       | *VICE*
20 | HEWLETT-PACKARD COMPANY
   | DISABILITY PLAN,
21 |
   |             Defendant.
22
23
24         KIMBERLY J. GOST, whose business address and telephone number is:

25                        Littler Mendelson, P.C.
                          Three Parkway
26                        1601 Cherry Street, Suite 1400
                          Philadelphia, PA 19102.1321
27                        Telephone: (267) 402-3000

28

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*                                    CASE NO. CV 10-03633 LHK

1  and who is an active member in good standing of the bars of Pennsylvania, New York and New
2  Jersey, having applied in the above-entitled action for admission to practice in the Northern District
3  of California on a *pro hac vice* basis, representing Defendant Hewlett-Packard Company Disability
4  Plan.
5        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
6  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
8  constitute notice to the party.  All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

11  Dated: December 7, 2010

                    *Lucy H. Koh*
                    Judge Lucy H. Koh
                    United States District Judge