1  PHILIP A. SIMPKINS, Cal. Bar No. 246635
   LITTLER MENDELSON
2  A Professional Corporation
   50 W. San Fernando, 15th Floor
3  San Jose, CA  95113.2303
   Telephone:    408.998.4150
4  Facsimile:    408.288.5686
   pasimpkins@littler.com
5
   KIMBERLY J. GOST, Pennsylvania Bar No. 82078
6  LITTLER MENDELSON
   A Professional Corporation
7  Three Parkway
   1601 Cherry Street, Suite 1400
8  Philadelphia, PA  19102.1321
   Telephone:    267.402.3000
9  Facsimile:    267.402.3131
   kgost@littler.com
10
   Attorneys for Defendant
11 HEWLETT-PACKARD COMPANY DISABILITY
   PLAN
12
   CHARLES B. PERKINS, Bar No. 126942
13 SUSAN D. PELMULDER, Bar No. 234731
   FLYNN, ROSE & PERKINS
14 59 North Santa Cruz Avenue, Suite Q
   Telephone:    408.399.4566
15 Facsimile:    408.399-6683

16 Attorneys for Plaintiff
   PAMELA HINZ
17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                   SAN JOSE DIVISION

21 PAMELA HINZ,                    | Case No.  CV 10-03633 LHK

22          Plaintiff,             | **STIPULATION AND [~~PROPOSED~~]
                                    | ORDER TO REMOVE INCORRECTLY
23      v.                         | FILED DOCUMENTS**

24 HEWLETT-PACKARD COMPANY         |
   DISABILITY PLAN,                |
25                                 |
            Defendant.             |
26                                 |

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
TO REMOVE INCORRECTLY FILED              CASE NO. CV 10-03633 LHK
DOCUMENTS

1    Defendant Hewlett-Packard Company Disability Plan ("Defendant") and Plaintiff

2    Pamela Hinz ("Plaintiff") (jointly "the Parties"), by and through their counsel of record, hereby

3    agree and stipulate as follows:

4    WHEREAS, on March 10, 2011, Defendant electronically filed its Opposition to

5    Plaintiff's Motion for Summary Adjudication of the Standard of Review ("Opposition") (Document

6    No. 27 on the docket);

7    WHEREAS, in support of the Opposition, Defendant filed the declaration of Ms.

8    Janet Curry (Document No. 28 on the docket), which referenced as Exhibit A a copy of the

9    administrative record for Plaintiff's claim for benefits at issue in this litigation;

10   WHEREAS, documents contained in Exhibit A to Ms. Curry's declaration contained

11   private information governed by Federal Rule of Civil Procedure 5.2(a), including Plaintiff's social

12   security number and date of birth;

13   WHEREAS, on March 11, 2011 Plaintiff brought it to Defense counsel's attention

14   that Exhibit A included private information by objecting to the inclusion of such private information;

15   WHEREAS, counsel for Defendant promptly contacted the ECF department for the

16   United States District Court for the Northern District of California and requested that a "lock" be

17   placed on Document 28 and the exhibits thereto to prevent public access;

18   WHEREAS, the Parties mutually desire to prevent public access to any of the private

19   information that was contained in Exhibit A to Document No. 28;

20   WHEREAS, Defendant wishes to replace Exhibit A to Document No. 28 with a

21   redacted version and remove the previously filed unredacted version; and

22   WHEREAS, Plaintiff does not oppose this request;

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28   \\\

STIPULATION AND [PROPOSED] ORDER
TO REMOVE INCORRECTLY FILED                2.                    CASE NO. CV 10-03633 LHK
DOCUMENTS

1    THEREFORE, the Parties hereby stipulate and respectfully request that the Court

2 order the permanent removal of Document No. 28, including all exhibits thereto, from the Court's

3 file, to be replaced with a redacted version.

4    IT IS SO STIPULATED.

5

6 Dated: March 15, 2011

7

8    PHILIP A. SIMPKINS
     KIMBERLY J. GOST
9    LITTLER MENDELSON
     A Professional Corporation
10   Attorneys for Defendant
     HEWLETT-PACKARD COMPANY
11   DISABILITY PLAN

Dated: March 15, 2011

12

13   CHARLES B. PERKINS
     FLYNN, ROSE & PERKINS
14   Attorney for Plaintiff
     PAMELA HINZ
15

16

17   \\\

18   \\\

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28   \\\

STIPULATION AND [PROPOSED] ORDER
TO REMOVE INCORRECTLY FILED                3.            CASE NO. CV 10-03633 LHK

1
~~[PROPOSED]~~ ORDER

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
Dated: March  15, 2011

5

6
THE HONORABLE LUCY H. KOH
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28