1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11  PAMELA HINZ,                          )  Case No.  C10 03633 LHK
                                          )
12              Plaintiff,                 )  [PROPOSED] ORDER TO FILE
                                          )  SUPPLEMENTAL BRIEF RE
13  vs.                                    )  CONFIDENTIAL MATERIAL IN SUPPORT
                                          )  OF MOTION FOR SUMMARY JUDGMENT
14  HEWLETT-PACKARD COMPANY               )  and DECLARATION OF CHARLES B.
    DISABILITY PLAN,                       )  PERKINS RE EXHIBIT 8 UNDER SEAL
15                                         )
                Defendants.                )
16                                         )
                                          )
17                                         )
                                          )
18  _____)

19                                      **ORDER**

20          Plaintiff Pamela Hinz's Motion for Order to File Supplemental Brief Re Confidential

21  Material and Declaration of Charles B. Perkins Re Exhibit 8 under seal was filed July 14, 2011 and

22  deemed submitted on July 19, 2011 for determination by the Honorable Judge Lucy Koh, United

23  States District Court, Judge for the Northern District of California, San Jose Division, located at

24  280 South First Street, San Jose, California.

25          Having considered the arguments in support of and in opposition to the Motion, and being

26  fully informed, the Court now GRANTS THE MOTION AS FOLLOWS:

27          The information sought to be sealed is the confidential information of a nonparty to this

28  litigation and protectable as that party's trade secret information.

[PROPOSED] ORDER TO FILE SUPP. BRIEF RE CONFIDENTIAL MATERIAL IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT AND DECL. OF CHARLES B. PERKINS RE EXH. 8 UNDER SEAL                    C10-03633 LHK

1       Plaintiff may file her Supplemental Brief Re Confidential Material in Support of Motion

2   for Summary Judgment and Declaration of Charles B. Perkins Re Confidential Exhibit 8 under

3   seal.

4       IT IS SO ORDERED.

5       DATE:  August 15, 2011

6

7                                          HONORABLE LUCY H. KOH

8                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO FILE SUPP. BRIEF RE CONFIDENTIAL MATERIAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND DECL. OF CHARLES B. PERKINS RE EXH. 8 UNDER SEAL                                   C10-03633 LHK