UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA HINZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HEWLETT PACKARD COMPANY DISABILITY PLAN,<br><br>　　　　　Defendant. | Case No.: 10-CV-03633-LHK<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY<br><br>(re: docket #57) |

Both parties have moved for summary judgment, and briefing is now complete with respect to both motions. *See* Dkt. #40, 45. However, Defendant has filed a motion for leave to file a sur-reply with respect to Plaintiff's motion for summary judgment. *See* Dkt. #57.

Defendant's motion is DENIED. The Court finds the parties' current briefing, totaling six briefs and over 120 pages, sufficient to resolve the pending motions.

**IT IS SO ORDERED.**

Dated: August 15, 2011

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge