United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PAMELA HINZ, | ) | Case No.: 10-CV-03633-LHK |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING PRETRIAL CONFERENCE AND MOTION HEARING |
| v. | ) | |
| HEWLETT PACKARD COMPANY DISABILITY PLAN, | ) | (re: dkt. #78) |
| Defendant. | ) | |

In light of the parties' Notice of Settlement, filed October 25, 2011, the pretrial conference and motion hearing currently scheduled for Wednesday, October 26, 2011, at 2:00 p.m. is hereby continued to Friday, October 28, 2011, at 3:00 p.m.  If the parties file a stipulation of dismissal by October 27, 2011, the October 28, 2011 pretrial conference and motion hearing and November 8, 2011 trial will be vacated.

**IT IS SO ORDERED.**

Dated: October 25, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1