UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA HINZ, ) | Case No.: 10-CV-03633-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE WITH |
| v. ) | PREJUDICE |
| ) | |
| HEWLETT PACKARD COMPANY ) | |
| DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |

On October 27, 2011, the parties filed a joint stipulation of dismissal of all claims with prejudice. The stipulation is signed by both parties, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is dismissed with prejudice, and the Court hereby VACATES the pretrial conference and motion hearing set for October 28, 2011, as well as the bench trial set for November 8, 2011. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 27, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge